[No. 29949-6-II. Division Two. April 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LYNN WOODMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01298-1, Robert L. Harris, J., entered February 6, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 50722-2-I. Division One. April 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLAN PARMELEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06776-1, Gregory P. Canova and Michael S. Spearman, JJ., entered June 6, 2002. *Dismissed* by unpublished per curiam opinion.

[No. 50925-0-I. Division One. April 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN GAY LEMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01174-4, Ellen J. Fair, J., entered July 26, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington, A.C.J., and Appelwick, J.

[No. 51205-6-I. Division One. April 12, 2004.]

CYRUS HONARKHAH, *Appellant*, v. RICHARD GORDON NELSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-27918-3, James A. Doerty, J., entered September 12, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington, A.C.J., and Appelwick, J.